# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984

**LAURA DI CHIARA, ESQ.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

November 14, 2019

Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Via ECF

Re: U.S. v. Pejcinovic
18 Cr 767 (VM)

Dear Judge Marrero,

The Court requested counsel to advise if any motions were contemplated in the above captioned matter by November 15, 2019. Since Mr. Pejcinovic has been transferred to the Federal Medical Center, in Devens, for observation and evaluation, counsel has not been able to confer with him. Therefore, counsel requests that the time to notify the Court be extended to December 16, 2019.

My office has spoken with AUSA Andrew Chan, on behalf of the Government, and obtained his consent to this extension of time.

Respectfully,

Gerald J. Di Chiara

So Ordered.

Request GRANTED. The time for defendant Damir Pejcinovic to inform the court about the filing of pretrial motions is extended to 12-16-19.

SO ORDERED.

11-15-19
DATE

VICTOR MARRERO, U.S.D.J.