# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

**LAURA DI CHIARA, ESQ.**

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/19
```

December 9, 2019

Judge Victor Marrero
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re: U.S. v. Pejcinovic
18 Cr 767 (VM)

Dear Judge Marrero,

I respectfully request that the Court authorize 10 additional hours to my associate, Laura Di Chiara, in this matter.

Ms. Di Chiara has assisted me in the defense of this client since the onset of the case, and to date, due to her assistance with the review of the voluminous discovery, client family contacts and other matters, has virtually exhausted the original 10 hours authorized by her initial associate appointment, pursuant to the Criminal Justice Act.

Respectfully,

Gerald J. Di Chiara

So Ordered: _____
Judge Victor Marrero

> Request GRANTED. Defendant, through counsel, is authorized to retain associate counsel herein for an additional 10 hours on the same terms and conditions originally approved.
>
> SO ORDERED.
>
> 12-10-19
> DATE         VICTOR MARRERO, U.S.D.J.