UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAMIR PEJCINOVIC,

Defendant.

18 Cr. 767 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Gerald DiChiara, the C.J.A. attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Susan Kellman.

**SO ORDERED.**

Dated: New York, New York
       17 January 2020

VICTOR MARRERO
U.S.D.J.