

**QUIJANO ENNIS & SIDERIS**
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/2020
```

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

March 17, 2020

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

 **Re: United States v. Damir Pejcinovic, 18 Cr. 767 (VM)**

Dear Judge Marrero:

 We are the attorneys for Damir Pejcinovic, in the above-referenced matter. On March 20, 2020 the Defendant is scheduled to provide the Court with an *Update as to the Defendant's Competency.* Because of scheduling delays and the difficulty of having personal meetings with the defendant and others, arising from the Covid-19 crisis, it is respectfully requested that the Court authorize an extension of time to provide an update on the issue of the Defendant's competency to March 26, 2020. Your Honor's attention to and consideration of this submission is, as always, greatly appreciated.

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I

Respectfully submitted,

*Peter E. Quijano*

Peter Enrique Quijano
Anna N. Sideris

Honorable Victor Marrero, U.S.D.J.
March 17, 2020

cc: A.U.S.A. Andrew Chan (by ECF and email)
    A.U.S.A. Margaret Graham (by ECF and email)