## QUIJANO ENNIS & SIDERIS
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

March 25, 2020

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re:    United States v. Damir Pejcinovic, 18 Cr. 767 (VM)**

Dear Judge Marrero:

     We are the attorneys for Damir Pejcinovic, in the above-referenced matter. On March 25, 2020, the Defendant is scheduled to provide the Court with an *Update as to the Defendant's Competency.* As a result of the COVID-19 Crisis, access to, and transportation of the Defendant has not been possible; and at this point it unknown when access to and transportation of inmates will resume. Accordingly, it is respectfully requested that Counsel be permitted to *Update the Court as to the Defendant's Competency* within a three (3) days of when the Defendant is examined by a Defense Expert. Your Honor's attention to and consideration of this submission is, as always, greatly appreciated.

Respectfully submitted,

*Peter E. Quijano*

Peter Enrique Quijano

---

Request **GRANTED**. The time for Defendant to submit an update as to the Defendant's competency is extended to within three days of when the Defendant is examined by a Defense Expert.

**SO ORDERED.**

3/26/2020
DATE

/s/ Victor Marrero, U.S.D.J.

Honorable Victor Marrero, U.S.D.J.
March 25, 2020

Anna N. Sideris

cc: A.U.S.A. Andrew Chan (by ECF and email)
    A.U.S.A. Margaret Graham (by ECF and email)