```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/15/2020_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :          **18 CR 767(VM)**
         -against-                   :          **ORDER**
                                     :
DAMIR PEJCINOVIC,                    :
                                     :
                    Defendant.       :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Defendant, with the consent of counsel for the Government (see Dkt. No. 133), requests that the trial currently scheduled to commence on July 20, 2020 be rescheduled. The trial shall be scheduled to commence on September 8, 2020 at 9:00 a.m.

The Defendant consents to an exclusion of time from the Speedy Trial Act until September 8, 2020.

It is hereby ordered that time until September 8, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).


**SO ORDERED:**


Dated:   New York, New York
         15 May 2020


                                    _____
                                        Victor Marrero
                                            U.S.D.J.