March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

   -v-

DAMIR PEJCINOVIC
                         Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY
TEL/VIDEOCONFERENCE

18 -CR- 767 (_VM_) (_KNF_)

Defendant __DAMIR PEJCINOVIC__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

X Felony Plea

*[Signature: Damir Pejcinovic]*

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__DAMIR PEJCINOVIC__
Print Defendant's Name

*[Signature: Peter Quijano]*

Defense Counsel's Signature

__PETER E. QUIJANO__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/19/2020
Date

*[Signature: Kevin Nathaniel Fox]*

U.S. District Judge/U.S. Magistrate Judge