USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
UNITED STATES OF AMERICA,          :     18 CR 767 (VM)
                                   :
        -against-                  :
                                   :     ORDER
DAMIR PEJCINOVIC,                  :
                                   :
                Defendant.         :
------------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Tuesday, March 9, 2021 at 12:00 P.M.

**SO ORDERED:**

Dated: New York, New York
       19 November 2020

_____
Victor Marrero
U.S.D.J.