```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,            :     **18 CR 767 (VM)**
                                     :
        -against-                    :
                                     :     <u>**ORDER**</u>
DAMIR PEJCINOVIC,                    :
                                     :
                    Defendant.       :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Upon request of the Defendant, it is hereby ordered that the sentencing of the above-named defendant scheduled for Tuesday, March 9, 2021 is cancelled. The Court will reschedule the sentencing hearing after defense counsel has had an opportunity to discuss the Court's anticipated timeline for in-person hearings with the Defendant.

**SO ORDERED:**

Dated:   New York, New York
         03 March 2021

_____
Victor Marrero
U.S.D.J.