```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :      **18 CR 767 (VM)**
                                     :
        -against-                    :
                                     :           **ORDER**
DAMIR PEJCINOVIC,                    :
                                     :
                Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   It is hereby ordered that the sentencing of the above-named defendant is scheduled for Thursday, August 19, 2021 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         04 March 2021

_____
            Victor Marrero
               U.S.D.J.