```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 767 (VM)**
                                   :
        -against-                  :
                                   :     **ORDER**
DAMIR PEJCINOVIC,                  :
                                   :
            Defendant.             :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for August 19, 2021 will be rescheduled to Thursday, October 28, 2021 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         16 August 2021

_____
Victor Marrero
U.S.D.J.