USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 767 (VM)**
                                   :
         -against-                 :
                                   :     **ORDER**
DAMIR PEJCINOVIC,                  :
                                   :
              Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Thursday, October 28, 2021 at 10:30 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         26 October 2021

_____
Victor Marrero
U.S.D.J.